IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT PERKET,

    Plaintiff,

v.

LA CROSSE COUNTY POLICE
DEPARTMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-362-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant La Crosse County Police Department granting defendant's motion to dismiss and closing this case for plaintiff Scot Perket's failure to prosecute.

/s/  
Peter Oppeneer, Clerk of Court

8/21/2017  
Date